**Order entered August 7, 2019**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-00392-CV

**IN THE INTEREST OF M.M.M. AND C.N.M., CHILDREN**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-l7-09018**

## ORDER

This is an accelerated appeal involving the termination of appellant's parental rights. Before the Court is appellee's August 2, 2019 motion requesting an extension of time to file her brief to August 23rd. Appellee explains an extension is necessary because she has had to request a supplemental clerk's record with two returns of service and a certificate of last known address to adequately address an issue raised in appellant's brief. The supplemental clerk's record with the requested documents was filed on August 6, 2019. We **GRANT** appellee's motion **to the extent** that she shall file her brief by **August 19, 2019**.

We **DIRECT** the Clerk of this Court to send appellant a paper copy of the supplemental clerk's record filed on August 6, 2019.

/s/     KEN MOLBERG
JUSTICE